FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**August 31, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

MELISSA GAMMEL; BRAD GAMMEL,

   Plaintiffs - Appellants,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

   Defendant - Appellee.

No. 16-6154
(D.C. No. 5:14-CV-01385-HE)

---

## ORDER

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk