**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 31, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Kenneth G Cole
Mr. Mark Engel
Mr. Steven S. Mansell
Mansell Engel & Cole
101 Park Avenue
Suite 665
Oklahoma City, OK 73102-0000

Mr. Matthew C. Kane
Mr. Phillip G. Whaley
Ryan Whaley Coldiron Shandy
119 North Robinson Avenue, Suite 900
Oklahoma City, OK 73102

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:** 16-6154, Gammel, et al v. UNUM Life Insurance Company
Dist/Ag docket: 5:14-CV-01385-HE

Dear Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

                                        Sincerely,

                                        Elisabeth A. Shumaker
                                        Clerk of the Court

EAS/na

Case 5:14-cv-01385-HE Document 95 Filed 08/31/16 Page 2 of 2
Appellate Case: 16-6154   Document: 01019681060   Date Filed: 08/31/2016   Page: 2

2